| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | SHANE AUSTIN MOORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00046 JDP |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER** |
| vs. | |
| SHANE AUSTIN MOORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Shane Austin Moore, that the Court continue the initial appearance scheduled for March 10, 2020 with a future appearance to be set by consent of the parties.

Mr. Moore was due to appear in court on October 9, 2019. On that date he failed to appear and the court issued a summons. The Summons was returned unexecuted. On December 2, 2019, Mr. Moore again failed to appear in court. The undersigned defense counsel informed the court that Mr. Moore as incarcerated in Ely State Prison, Nevada. His expected parole date was January 28, 2020. The court continued Mr. Moore's initial appearance until March 10, 2020. The undersigned defense counsel has since learned that Mr. Moore was denied parole and will serve his full sentence, with a projected release date of August 31, 2020. The parties have

agreed to a settlement, the rough outlines of which include a recommendation of concurrent time. Because of the difficult logistics involved with executing a settlement given Mr. Moore's remote location, the parties have agreed to continue his initial appearance with a future appearance to be determined when the parties have a clearer understanding of the logistical aspects of Mr. Moore's appearance and plea.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Date: March 2, 2020                */s/ Susan St. Vincent*
                                      Susan St. Vincent
                                      Yosemite Legal Officer
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: March 2, 2020                */s/ Benjamin Gerson*
                                      BENJAMIN GERSON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SHANE AUSTIN MOORE

ORDER

The court hereby grants the parties' request to continue the March 10, 2020 initial appearance with a future date to be determined.

IT IS SO ORDERED.

Dated: March 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE