HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHANE AUSTIN MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE AUSTIN MOORE,<br><br>Defendant. | Case No. 6:19-mj-00046 JDP<br><br>**STIPULATION TO APPEAR TELEPHONICALLY; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Shane Austin Moore, that the Court allow a telephonic appearance on May 20, 2020 at 10:00AM for Mr. Moore's initial appearance, plea and sentence.

Mr. Moore was due to appear in court on October 9, 2019. On that date he failed to appear and the court issued a summons. The Summons was returned unexecuted. On December 2, 2019, Mr. Moore again failed to appear in court. The undersigned defense counsel informed the court that Mr. Moore as incarcerated in Ely State Prison, Nevada. His expected parole date was January 28, 2020. The court continued Mr. Moore's initial appearance until March 10, 2020. The undersigned defense counsel has since learned that Mr. Moore was denied parole and will serve his full sentence, with a projected release date of August 31, 2020. As of the instant

filing, the parties have reached a settlement in the case with the expectation that Mr. Moore will serve concurrent time on the instant offense while incarcerated in Nevada. Mr. Moore has returned a signed plea agreement. The undersigned defense counsel has made arrangements with Ely State Prison for Mr. Moore to appear by telephone on May 20, 2020.

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Date: May 13, 2020                       */s/ Susan St. Vincent*
                                                  Susan St. Vincent
                                                  Yosemite Legal Officer
                                                  Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

Date: May 13, 2020                       */s/ Benjamin Gerson*
                                                  BENJAMIN GERSON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  SHANE AUSTIN MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SHANE AUSTIN MOORE,<br><br>   Defendant. | Case No. 6:19-mj-00046 JDP<br><br>**ORDER TO APPEAR TELEPHONICALLY** |

**O R D E R**

The court hereby orders that Mr. Shane Moore's appearance occur by telephone from Ely State Prison, Ely, Nevada, on May 20, 2020 at 10:00 AM.

IT IS SO ORDERED.

Dated:   May 14, 2020                                   _____
                                                                          UNITED STATES MAGISTRATE JUDGE